RACHAEL AGUIRRE (SBN No. 227470)
COUNSEL
SCREEN ACTORS GUILD-
AMERICAN FEDERATION OF
TELEVISION AND RADIO ARTISTS
5757 Wilshire Blvd., 7th Floor
Los Angeles, CA 90036-3600
Telephone: (323) 549-6628
Facsimile: (323) 549-6624
raguirre@sag.org

Attorney for Petitioner
Screen Actors Guild-
American Federation of Television
and Radio Artists

**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC. on behalf of Affected Performers,<br><br>　　　　Petitioner,<br><br>v.<br><br>STORYBOOK SEQUELS, INC.<br><br>　　　　Respondent. | Case No. CV12-7074-GW(JEMx)<br><br>**JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors Guild-American Federation of Television and Radio Artists (SAG-AFTRA) came before the Court. Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of any hearing:

///

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The arbitration award in favor of Screen Actors Guild, Inc. (now SAG-AFTRA) and against Respondent Storybook Sequels, Inc. SAG-AFTRA Case No. TM 1827, dated August 16, 2008, is confirmed in all respects.

2. STORYBOOK SEQUELS, INC., is ordered to pay as follows:
   1. SAG-AFTRA damages in the total amount of $23,000.00.
   2. SAG-AFTRA is granted an assignment of Producer's accounts receivable from the distribution, exhibition, exploitation or other use of the Picture anywhere in the world until the amounts due are paid in full.
   3. SAG-AFTRA is authorized to engage in any of the remedial actions provided for in the Security Agreement.
   4. The parties are to split the $800 fee of the Arbitrator.
   5. SAG-AFTRA is hereby awarded attorney's fees in the amount of $3,200.00 and costs in the amount of $350.00.

Dated: October 1, 2012

_____
GEORGE H. WU, Judge of the United States District Court